AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of <br> *(Briefly describe the property to be seized)* <br> Up to $475,268.00 held in the name of Jae Woon Hong, Yorktown Coin Laundry & Food Mart at North Valley Bank Account # 56051 | ) ) ) ) ) <br> Case No. **11-MC-0005** |

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Colorado_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $475,268.00 held in the name of Jae Woon Hong, Yorktown Coin Laundry & Food Mart at North Valley Bank Account # 56051

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _January 28, 2011_
*(Not to exceed 10 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _Craig B. Shaffer, United States Magistrate Judge_
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _1/18/11 at 11:20a.m._

City and state: _Denver, Colorado_

Judge's signature

**Craig B. Shaffer, United States Magistrate Judge**
*Printed name and title*

AO 109 (Rev. 01/09)  Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 11-MC-0005 | Date and time warrant executed: 1/18/11 2:00pm | Copy of warrant and inventory left with: Myrtleann Watson, VP North Valley Bank |
| Inventory made in the presence of: Special Agent Matt Garth | | |
| Inventory of the property taken: $0 funds seized from account #56051, held in the name of Jae Woon Hong, Yorktown Coin Laundy & Food Mart at North Valley Bank. | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 JAN 21 PM 2:56
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/21/11

_____
Executing officer's signature

Travis Starr, Special Agent, DHS ICE
*Printed name and title*